**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

The State, Respondent,

v.

Kurt Kalani Sparks, Appellant.

Appellate Case No. 2012-211956

———————————

Appeal From Newberry County
Edward W. Miller, Circuit Court Judge

———————————

Unpublished Opinion No. 2013-UP-405
Submitted October 1, 2013 – Filed November 6, 2013

———————————

**APPEAL DISMISSED**

———————————

Appellate Defender David Alexander, of Columbia, for Appellant.

Tommy Evans, Jr., of South Carolina Department of Probation, Parole, and Pardon Services, of Columbia, for Respondent.

———————————

**PER CURIAM:** Dismissed after review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**HUFF, GEATHERS, and LOCKEMY, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.